**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00989-REB-KLM

GAIL SELEEN,

      Plaintiff,

v.

WESTERN TROPHY AND SIGN SUPPLY, INC., a corporation with its principal offices in the State of Oregon,

      Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Joint Stipulated Motion For Dismissal With Prejudice** [#26] filed November 19, 2009.  After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Joint Stipulated Motion For Dismissal With Prejudice** [#26] filed November 19, 2009, is **GRANTED**;

2.  That the Trial Preparation Conference set for April 16, 2010, is **VACATED**;

3.  That the jury trial set to commence May 3, 2010, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated November 19, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge